UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DONNA L. SANNICANDRO,

    Plaintiff(s),

-vs-                                            3:10-CV-1429(WWE)

JULIE FRASER,

    Defendant(s).

## J U D G M E N T

Pursuant to the Acceptance of Offer of Judgment filed on 05/18/2012;

It is ORDERED and ADJUDGED that this action is dismissed and judgment is entered in favor of the plaintiff in the total amount of fifteen thousand dollars ($15,000.00), inclusive of all costs and attorney fees.

Dated at Bridgeport, Connecticut, this 11th day of July, 2012.

ROBIN D. TABORA, Clerk

By   s/Bryan J. Blough
Bryan J. Blough
Deputy Clerk